UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

**FILED & ENTERED**

**MAR 05 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

| | |
|---|---|
| In re:<br><br>Joseph Daniel Beam<br><br><br><br>Debtor(s).<br><br>Ellen Henderson<br><br>Plaintiff(s),<br><br>    v.<br><br>Joseph Daniel Beam<br><br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  1:17-bk-10853-MB<br>Adv No:   1:17-ap-01046-GM<br><br>**TENTATIVE RULING ON ORDER TO SHOW CAUSE (DKT. #54)**<br><br>Date:         March 3, 2020<br>Time:        10:00 AM<br>Courtroom: 303 |

Because of Ms. Moreno's failure to appear at the January 28, 2000 hearing (a date that she stipulated to for the continued status conference and motion of Ms. Henderson for sanctions), the Court prepared and served this Order to Show Cause. While the Court understands that it is possible that Ms. Moreno left town to visit her mother, personal physical appearance was not required.  It was incumbent on Ms. Moreno, an experienced attorney, to make arrangements with Court Call and appear by phone.  If, for some reason, this was not possible, she was required to notify the Court and Ms. Henderson of her unavailability.  It appears that her mother is in Houston,  She did not leave any instructions at her office (which is presumably the location of the phone number that she has provided to the Court (562-612-4041).  However, it is not required that the Court try to track her down.

As of noon on March 2, 2020, Mr. Moreno has not provided a written response to this OSC. This was to be filed by February 18. Thus, the Court will award the sanctions without considering an oral explanation or late-filed explanation. The sanctions for the failure to appear on January 28, 2020 will be $500 to Ms. Henderson and an additional $100 to the Court. The $500 to Ms. Henderson will resolve her amended motion as to the January 28 hearing, but not as to prior failures on the part of Ms. Moreno (cal. #6). The sanction is to be paid no later than Aporil 2, 2020. Failure to do so will result in granting Ms. Henderson a judgment upon which a writ can be issued to seek to collect from assets of Ms. Moreno. Failure to pay the $100 to the Court in a timely fashion will result in a report to the United States Trustee. Further, because the sanctions awards for the OSC (cal. #5) and the original motion for sanctions (cal. #6) are linked, totalling the amount of $1,100, they will be reported to the State Bar of California. They will also be reported to Judge Dordi of the Superior Court who is presiding over the Family Law matter.

Should there be further unprofessional behaviour such as failure to timely respond or failure to appear, the Court will consider recommending that disciplinary action be taken against Ms. Moreno as set forth in Appendix II to the Local Rules.

The Court will be providing a copy of the OSC and the Order to Judge Dordi in the Superior Court.

###

Date: March 5, 2020

Geraldine Mund
United States Bankruptcy Judge